UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------------------X

Douglas Brinson and Ellie Brinson,
Plaintiffs,

v.

Civil Action No.
26-cv-10623-JXN-ADS

MyLife.com, David Wolfe principal of MyLife,
InsightBridge LLC, C.T. Corporation System,
Defendants.

-----------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Douglas Brinson and Ellie Brinson hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants.

date: October 14, 2026

MR Douglas Brinson
plaintiff: Douglas Brinson

plaintiff: Ellie Brinson

address:
1441 McCrea Pl., Plainfield, NJ 07062
telephone: (908) 205-0475
e-mail: de0951eb@yahoo.com

**So ORDERED on 10/16/2026:**

**JULIEN XAVIER NEALS**
**United States District Judge**